**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT ASHLAND**
Criminal Minutes – Telephonic Motion Hearing

| | | |
|---|---|---|
| <u>Cr. No. 23-15-DLB-CJS</u> | at <u>COVINGTON</u> | <u>10/27/2023</u> |

<u>U.S. vs Nathaniel K. Lumpkins</u> **(not present)**

PRESENT:   **HON. CANDACE J. SMITH, U.S. MAGISTRATE JUDGE**

**Stacie Gabbard**   **KYED-COV  0-23-cr-15  20231027  103054**
Deputy Clerk           Audio File Number

I, Stacie Gabbard, CERTIFY the official record of this proceeding is an audio file.

**Zachary D. Dembo** (by phone)   **Andy Markelonis** (by phone)   <u>X</u> Present   <u>X</u> Appointed
Assistant U.S. Attorney            Attorney for Defendant

**PROCEEDINGS:   TELEPHONIC MOTION HEARING**

Case called for Motion Hearing on Defendant's First Motion to Continue Trial (R. 13). Defense counsel confirmed Defendant Lumpkins waives participation in today's conference. The defense's motion was prompted by the need for more time to complete review of the plea offer and any further negotiations, then determine whether the case will be resolved by plea agreement or be proceeding to trial with time to prepare. United States does not oppose the Motion. Accordingly, **IT IS ORDERED** as follows:

1. Defendant's First Motion to Continue Trial (R. 13) is hereby **granted**.

2. **Jury Trial** set for **Monday, November 6, 2023**, before District Judge David Bunning is hereby **vacated.** Jury Trial is **rescheduled** for **Tuesday, February 20, 2024, at 9:00 a.m**. before District Judge David Bunning in Ashland. Counsel to be present at 8:30 a.m. Estimated length of trial is <u>**3**</u> days.

3. **Final Pretrial Conference** is set for **Tuesday, February 13, 2024, at 8:00 a.m.** before District Judge David Bunning in Ashland.

4. The Court FINDS that, in addition to all other applicable excludable time, the delay from November 6, 2023 (the now vacated trial date) until February 20, 2024 (the new trial date), is EXCLUDED from Defendant's speedy trial calculations pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The delay is necessary to allow sufficient time to complete assessment of the plea offer and any further plea negotiations, then decisions made on whether Defendant is proceeding to trial or if other disposition of the charges will occur. The ends of justice served by continuing the trial in this case outweigh the best interest of the public and the Defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A). Upon inquiry, neither party objects to these findings.

COR/USPO/USM
Deputy Clerk Init. <u>**SLG**</u>
TIC: 12 mins.



Signed By:
*Candace J. Smith* 
United States Magistrate Judge