UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at ASHLAND

CRIMINAL CASE NO. 23-15-DLB-CJS

UNITED STATES OF AMERICA                                                        PLAINTIFF

vs.                                                    **ORDER**

NATHANIEL K. LUMPKINS                                                           DEFENDANT

\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Defendant Nathaniel Lumpkins's Motion to Continue (R. 17), wherein Defendant informs he has retained new counsel, Attorney Ned Pillersdorf, and requests a continuance of the February 20 Jury Trial date given new counsel's recent appearance in the case. Further, defense counsel informs that he is still in the process of obtaining discovery and that the United States does not object to the continuance. (*See id*.). Presiding District Judge Bunning having referred the Motion to the undersigned for purposes of holding a hearing (*see* R. 18), and Chambers having communicated with counsel as to their availability; accordingly,

**IT IS ORDERED** that a hearing on the Motion to Continue (R. 17) is hereby scheduled for **Wednesday, January 17, 2024, at 11:00 a.m.** before the undersigned at the U.S. Courthouse in Ashland.

This 11th day of January, 2024.



Signed By:
*Candace J. Smith*
United States Magistrate Judge

J:\DATA\Orders\criminal ashland\2023\23-15-DLB-CJS order settg hearg on #17.docx